UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH QUINN, SEAN O'BRIEN, )
ROBERT DILLON, JOSEPH SULLIVAN )
and C. ROGER KENDRICK, JR., )
)
Plaintiffs, )
)
v. ) Case No. 01-CV-10598-RGS
)
CITY OF BOSTON et al., )
)
Defendants. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs to the above action and the City of Boston hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1), to dismissal with prejudice, waiving all costs and any and all rights of appeal.

JOSEPH QUINN, SEAN O'BRIEN,
ROBER DILLON, JOSEPH SULLIVAN,
and C. ROGER KENDRICK, JR.
By their attorney,

Harold L. Lichten, BBO #549689
PYLE, ROME, LICHTEN & EHRENBERG
18 Tremont Street, 5th Floor
Boston, MA 02110
(617) 367-7200

DATED: 11/23/04

CITY OF BOSTON
MERITA A. HOPKINS
CORPORATION COUNSEL

SPECIAL OUTSIDE COUNSEL

Christine M. Roach, BBO #421630
ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
(617) 720-1800

DATED: 12/10/04